

**Reed Smith** LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Zachary B. Kaye

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2025**

> The undersigned has been referred for general pre-trial matters in this case. All Defendants shall have until September 16, 2025, to answer or otherwise respond to the Complaint.
>
> **SO ORDERED:** 08/13/2025
>
> *[signature]*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Gavin Solomon v. Texas Woman's University, et al.*, 25 Civ. 6374 (JPC)**

Dear Judge Cronan:

We represent Defendant PNC Bank, N.A. ("PNC") in the above-captioned matter. We write to request an extension of time for PNC to respond to the Complaint, from August 18, 2025,[1] to September 16, 2025. PNC respectfully requests the extension of time to confer with its co-Defendants and prepare its response to the Complaint. Moreover, a response date of September 16, 2025, will align with the court-ordered deadline for the United States Department of Treasury and Novitas Solutions (ECF 13.). Plaintiff does not consent to an extension of time for PNC to respond. This is PNC's first request for an extension of time to respond to the Complaint.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Zachary B. Kaye*
Zachary B. Kaye

---

[1] Plaintiff purports to have served PNC Bank, N.A. on July 17, 2025, via USPS Priority Mail – Signature Confirmation. PNC disputes the adequacy of that purported service and reserves the right to challenge it.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON