UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAVIN SOLOMON,

                              Plaintiff,

-against-

TEXAS WOMAN'S UNIVERSITY, et al.,

                              Defendants.

**ORDER**

**25-CV-6374 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      I have been referred in this case for the purposes of general pretrial case management and to make a Report and Recommendation on any dispositive motions to the District Judge for review. Since my referral, the pro se Plaintiff, Mr. Gavin Solomon, has filed six documents purporting to move the Court for various relief. The Court understands Mr. Solomon wishes to be heard, and the Court intends to give him a full and fair opportunity to be heard. However, the Court recommends Mr. Solomon familiarize himself with this Court's Individual Practices in Civil cases, under which formal motions in this Court generally may not be filed without first filing a request for a pre-motion conference. (*See* Individual Practices in Civil Cases, Rule III.b, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases%20-%202.2025_0.pdf). Accordingly, Mr. Solomon's motions filed as ECF Nos. 18, 31, 39, 40, 41, and 42 are **denied without prejudice** to refiling after a pre-motion conference takes place and leave to file is granted. If Mr. Solomon wishes to file a motion, he shall file a letter requesting a pre-motion conference **no later than October 20, 2025**, identifying any and all motions he wishes to make at that time. If Mr.

Solomon needs a reasonable extension of time to file his pre-motion letter, he may request an extension in accordance with the Court's Individual Practices in Civil Cases, and the Court will duly consider his request. The pre-motion conference will be held on October 27, 2025, concurrently with the initial case management conference.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 18, 31, 39, 40, 41, and 42. The motion to remand (ECF No. 7) remains *sub judice*.

SO ORDERED.

Dated: New York, New York
August 18, 2025

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge