UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gavin Solomon,<br><br>                    Plaintiff,<br><br>     -against-<br><br><br>Texas Women's University, et al.,<br><br>                    Defendants. | **SUPPLEMENTAL ORDER**<br>25-CV-6374 (JPC) (KHP) |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court previously entered an order denying multiple motions filed by pro se Plaintiff Gavin Solomon without prejudice. (ECF No. 48.) Subsequently, the Court noticed that the document filed as ECF No. 33 also purports to file a motion. This motion is likewise **denied without prejudice** to refiling after a pre-motion conference has been held for substantially the same reasons given in the prior order. (ECF No. 48.)

Additionally, Solomon has filed additional motions as ECF Nos. 51 and 52 without filing a pre-motion conference letter. Insofar as each request relates to the undersigned's orders filed as ECF No. 47 and ECF No. 48, the Court construes them as objections to its orders which should be resolved by the District Judge. Insofar as these filings request relief that would be the subject of a formal motion, they are likewise **denied without prejudice** to re-filing after a pre-motion conference is held.

The Clerk is requested to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated: New York, New York
      August 20, 2025

                                                                                 _____
                                                                                 KATHARINE H. PARKER
                                                                                 United States Magistrate Judge