UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Gavin Solomon,<br><br><div align="center">Plaintiff,</div><br>-against-<br><br><br>Texas Woman's University, et al.,<br><br><div align="center">Defendants.</div> | **ORDER**<br><br>**25-CV-6374 (JPC) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

This Court has been referred for general pre-trial management and dispositive motions in the above-captioned case. (ECF No. 14.)  On October 15, 2025, the case was stayed due to the lapse in budget appropriations, resulting in an adjournment *sine die* of the initial case management conference in this case. (ECF No. 91.)  On December 1, 2025, the stay was lifted. (ECF No. 92.)  The Court required a response to the pleadings in this case by December 19, 2025. (ECF No. 92.)  Further, today, the Court denied Citibank, N.A.'s request for a pre-motion conference on a motion to strike the Third-Party Complaint, instead setting a briefing schedule on that motion. (ECF No. 94.)

For clarity of the record and the docket, all Defendants in this action are hereby ordered to confer and submit a letter regarding any outstanding requests to file motions by **December 12, 2025**.  Plaintiff Solomon may also file a pre-motion letter by **December 12, 2025**, if he seeks to file any motion.  The Court will then address the letters as it deems appropriate.

**SO ORDERED.  The Clerk is respectfully directed to mail a copy of this order to Plaintiff Solomon.**

Dated: New York, New York
   December 8, 2025

                   _____
                   KATHARINE H. PARKER
                   United States Magistrate Judge