USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Gavin Solomon, |
| Plaintiff, |
| -against- |
| Texas Women's University, et al., |
| Defendants. |

**SCHEDULING ORDER**

**25-CV-6374 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This matter has been referred to the undersigned for general pretrial matters and reports and recommendations on all dispositive motions. (ECF No. 14.)  By **July 6, 2026**, Counter-Claimant/Third-Party Plaintiff, CitiBank, is directed to file with the Court a motion for default judgment and inquest memorandum, which must address how Defendant's counterclaims its Answers establish Plaintiff's/Counter-Defendant's, Gavin Solomon, and Third-Party Defendant's, Truway Health, Inc, liability.  The motion must be accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed, contemporaneous attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

1

By no later than **July 6, 2026**, Plaintiff shall serve a copy of its motion for default judgment and application for damages, and all supporting documents, along with a copy of this Order, via a method intended to ensure delivery to Counter-Defendant/Third-Party Defendant: Gavin Solomon and Truway Health, Inc.

Counter Defendant and Third-Party Defendant, Solomon and Truway Health, shall have until **August 5, 2026** to object or otherwise respond to Plaintiff's motion for a default judgment and application for damages. Counter Defendant and Third-Party Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

Counter Claimant/Third-Party Plaintiff shall serve a copy of this Order on Counter Defendant and Third-Party Defendant, together with a complete copy of its motion for a default judgment and supporting papers, and file proof of service of same with the Court.

**SO ORDERED.**

DATED:       New York, New York
             June 5, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2